IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD SHARP,

      Plaintiff,

vs.                                                                  No. CV 21-00879 JB/KRS

CARMEN GARZA, et al.,

      Defendants.

## NOTICE OF FED. R. CIV. P. 11(a) OMISSION

      THIS MATTER is before the Court sua sponte.  Fed. R. Civ. P. 11(a) provides: "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented.  The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention."  This Court's Local Rules also state that "[a] paper filed without a signature will be stricken unless it is signed within fourteen (14) days after the omission is called to the party's attention."  D.N.M. LR-Civ. 10.3(b).  The Civil Complaint filed by Plaintiff Sharp (Doc. 1) is not signed and is in violation of Fed. R. Civ. P. 11(a).  Plaintiff is notified that, if the omission of his signature is not corrected within fourteen (14) days after entry of this Notice, the Civil Complaint may be stricken and the case administratively closed without further notice.

_____
UNITED STATES MAGISTRATE JUDGE